# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2020

160357

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RODGER ANTHONY NESTO, JR.,
     Defendant-Appellant.

SC: 160357
COA: 339986
Kalkaska CC: 16-003913-FC

_____/

On order of the Court, the application for leave to appeal the August 15, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2020



Clerk

b0916